702

## Commonwealth ex rel. Banker, Appellant, v. Maroney.

Submitted April 10, 1967. *John Banker,* appellant, in propria persona; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Cunningham, Appellant, v. Maroney.

Submitted April 10, 1967. *Roosevelt Cunningham,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Davis, Appellant, v. Myers.

Submitted March 20, 1967. *Ernest Davis,* appellant, in propria persona; *Burton D. Fretz* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

**Order affirmed.**